# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:16-cv-00825-RJC-DCK

| | |
|---|---|
| LINDA E DURRETT, | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) **ORDER** |
| CITY OF CHARLOTTE, | )<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER** is before the Court, *sua sponte*, regarding the status of the case. On November 15, 2017, the parties reported that a settlement was reached through a successful mediation that resolved all claims. (Doc. No. 12). That same day, the Magistrate Judge ordered the parties to file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before December 15, 2017. (Doc. No. 13). To date, the parties have yet to file either a Stipulation of Dismissal or an extension of time. Therefore, the parties are **ORDERED** to file their Stipulation of Dismissal on or before May 16, 2018.

    **IT IS SO ORDERED.**

Signed: April 17, 2018

Robert J. Conrad, Jr.
United States District Judge